# UNITED STATES DISTRICT COURT
## District of Minnesota

**United States of America,**

Plaintiff(s)

-vs- Civil Action **00-2518 DWF/RLE**

**Penelope Knight,**

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) **Penelope Knight** is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

**Penelope Knight**

this **10th** day of **January**, 20**01**.

FRANCIS E. DOSAL, CLERK

By ______________________
**Deborah D. Bell**, Deputy Clerk

5