**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Civil No. 00-2518 (DWF/RLE)

Plaintiff,

v. **ORDER**

Penelope A. Knight,

Defendant.

---

Mary Trippler, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

---

This matter comes before the Court on the motion of the United States for entry of default judgment against Defendant. Mary Trippler, Assistant United States Attorney, appeared for the United States.

Based upon the memorandum, affidavit, and arguments of counsel, and upon all the files, records, and proceedings herein,

**IT IS ORDERED** THAT default judgment in the principal sum of $3,172.60, plus interest to August 23, 2000, in the amount of $3,572.41, plus additional prejudgment interest from August 23, 2000, at the rate of seven percent (7%) per annum, together with postjudgment interest, costs and disbursements as allowed by law, be entered against Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAR 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD MAR 16 2001
DEPUTY CLERK